Opinion filed April 15, 2021



In The

# Eleventh Court of Appeals

_____

## No. 11-21-00004-CV

_____

## JAMES MARK LEE, Appellant

## V.

## CARLENE FAY LEE, Appellee

**On Appeal from the 318th District Court**

**Midland County, Texas**

**Trial Court Cause No. FM67539**

## M E M O R A N D U M   O P I N I O N

Appellant, James Mark Lee, has filed in this court a motion to dismiss his appeal. In the motion, Appellant states that the parties have entered into an agreement to alter the final decree of divorce and that Appellant desires that this court dismiss this appeal upon the trial court's signing of the amended decree of divorce. The trial court has since signed the amended decree of divorce, and the

amended decree has been filed of record in this appeal.  Therefore, in accordance with Appellant's request, we dismiss this appeal.  *See* TEX. R. APP. P. 42.1.

Appellant's motion to dismiss is granted, and the appeal is dismissed.


PER CURIAM


April 15, 2021

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.